
**MEMO ENDORSED**

Law Offices of
## Donald J. Yannella
A Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
Tel: (212) 226-2883
Fax: (646) 430-8379

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2021

**70 Grand Avenue, Suite 100**          **233 Broadway, Suite 2370**
**River Edge, NJ  07661**                **New York, NY  10279**
                                    (Preferred mailing address)

March 12, 2021

Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    US v. Tyriek Fortune
    21 Cr 118 (VEC)

Dear Judge Caproni:

    I am counsel for Tyriek Fortune.  In connection with Mr. Fortune's arraignment which was conducted remotely this morning, please accept for filing the attached consent form.  In accordance with our discussion on the record, I signed it digitally on behalf of my client.

    Thank you for your courtesy and attention to this matter.

Sincerely,

*Don Yannella*

Donald J. Yannella, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,        **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

      21 -CR-118   (VEC)

TYRIEK FORTUNE

      Defendant(s).
-------------------------------------------------------------------X

Defendant _ TYRIEK FORTUNE __ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or __x_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

__X_  Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

__x_  Conference Before a Judicial Officer


*T Fortune*         *Donald Yannella*
_____      _____
Defendant's Signature         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

TYRIEK FORTUNE         Donald Yannella, Esq.
Print Defendant's Name         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

3/12/2021         *Valerie Caproni*
_____      _____
Date         U.S. District Judge/U.S. Magistrate Judge