USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
: 21-CR-118 (VEC)
-against- :
: ORDER
:
TYRIEK FORTUNE, :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference was held on May 5, 2021;

IT IS HEREBY ORDERED THAT:

1. Motions *in limine*, if any, are due **June 25, 2021**. Oppositions are due **July 16, 2021**.

2. Requests to charge and proposed *voir dire* questions are due **July 16, 2021.**

3. The parties should be prepared to begin trial in this case in the fourth quarter of 2021. The Court will inform the parties as soon as it receives a firm trial date.

4. In light of the logistical difficulties created by the COVID-19 pandemic, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between May 5, 2021 and October 1, 2021, is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by accommodating those logistical difficulties outweigh the Defendant's and the public's interests in a speedy trial.

**SO ORDERED.**

**Dated: May 5, 2021
    New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**