

**MEMO ENDORSED**

Law Offices of
# Donald J. Yannella
A Professional Corporation
**Email:  nynjcrimlawyer@gmail.com**
**Tel:  (212) 226-2883**
**Fax:  (646) 430-8379**

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  11/30/2021 |

**70 Grand Avenue, Suite 100**                                      **233 Broadway, Suite 2370**
**River Edge, NJ  07661**                                              **New York, NY  10279**
                                                                               (Preferred mailing address)

Hon. Valerie E. Caproni
United States District Court
500 Pearl Street
New York, NY  10007

Re:     US v. Tyriek Fortune, 21 Cr. 118 (VEC)

Dear Judge Caproni:

I am counsel for Tyriek Fortune, who is scheduled for sentencing on December 20, 2021.

Mr. Fortune pleaded guilty with a Pimentel letter, and there are several contested issues at sentencing.  I am scheduled to select a jury on a double homicide in the Southern District of New York on December 7, 2021.  I have been preoccupied with reviewing 3500 material and in limine motions.  I respectfully request that Mr. Fortune's sentencing be adjourned to a date in late January 2022.  The original sentence date was November 4, 2021, and my one prior request for an adjournment was granted.

AUSA Andrew Jones informs me that he does not object to this application.

Sincerely,

/s/

Donald J. Yannella, Esq.

Application GRANTED. Mr. Fortune's sentencing is adjourned to **January 28, 2022 at 4:00 p.m.** The sentencing will be held in person in Courtroom 443. Sentencing submissions are due by **January 14, 2022**.

SO ORDERED.

11/30/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE