Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

70 Grand Avenue, Suite 100
River Edge, NJ  07661

233 Broadway, Suite 2370
New York, NY  10279
(Preferred mailing address)

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022

Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY  10007

January 13, 2022

Re:   United States v. Tyriek Fortune, 21 Cr. 118 (VEC)

Dear Judge Caproni:

I am counsel for Tyriek Fortune, who is scheduled to be sentenced on January 28, 2022.

The original sentence date was November 4, 2021, and my two prior requests for an adjournment were granted. I respectfully request that the sentencing hearing be adjourned for approximately sixty days so that the defense can continue to gather documents and letters for his sentencing memorandum.

Assistant United States Attorney Andrew Jones informs me that he does not object. I will not ask for any more adjournments of sentencing.

Sincerely,

*Donald Yannella*

Donald J. Yannella, Esq.

---

Application GRANTED. Mr. Fortune's sentencing is ADJOURNED to **March 30, 2022 at 4:00 p.m.** The sentencing will be held in person in Courtroom 443. Sentencing submissions are due by **March 16, 2022**.

No further requests for adjournment of this sentencing will be granted.

---

SO ORDERED.

*Valerie Caproni*   1/13/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE