UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/29/2022___

---------------------------------------------------------- X
UNITED STATES OF AMERICA           :
                                   :        21-CR-118 (VEC)
        -against-                  :
                                   :        ORDER
TYRIEK FORTUNE,                    :
                                   :
                      Defendant.   :
---------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS Mr. Fortune's sentencing is scheduled for tomorrow, March 30, 2022 at 4:00

p.m., *see* Dkt. 31; and

        WHEREAS Mr. Fortune has requested a Fatico hearing, *see* Dkt. 32 at 7;

        IT IS HEREBY ORDERED that the parties must inform the Court **by 6:00 p.m. today,**

**March 29, 2022**, whether the parties are prepared to proceed with a Fatico hearing at

tomorrow's sentencing.  If not, the parties are directed to meet and confer and propose three

mutually convenient dates for a Fatico hearing and sentencing in the next month.


**SO ORDERED.**

**Date:  March 29, 2022**                          **VALERIE CAPRONI**
**New York, New York**                          **United States District Judge**