USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA       :

                 -against-                  :     21-CR-118 (VEC)

  TYRIEK FORTUNE,                 :     ORDER

                       Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a *Fatico* hearing and sentencing for Mr. Fortune is scheduled to take place tomorrow, Wednesday, May 11, 2022 at 3:30 p.m.;

IT IS HEREBY ORDERED that the *Fatico* hearing and sentencing for Mr. Fortune is re-scheduled for **Wednesday, May 11, 2022 at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  May 10, 2022                                  _____
        New York, New York                      **VALERIE CAPRONI**
                                                          **United States District Judge**