USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA      :
                                       :     21-CR-118 (VEC)
        -against-                     :
                                       :     <u>ORDER</u>
   TYRIEK FORTUNE,                :
                                       :
                       Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a *Fatico* hearing was held on May 11, 2022 at 11:00 a.m.;

       IT IS HEREBY ORDERED that sentencing for Mr. Fortune scheduled for is ADJOURNED to **Monday, May 16, 2022 at 11:30 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: May 11, 2022**
**New York, New York**

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**